UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA TERAN AND JAVIER TERAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>      Defendants. | Civil Action No. 1:11-cv-7709-LAK |

**DECLARATION OF PHOEBE A. WILKINSON IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN
THE ALTERNATIVE, TO TRANSFER VENUE**

  I, PHOEBE A. WILKINSON, state as follows:

  1.  I am an attorney with the law firm of Chadbourne & Parke LLP, counsel of record for the defendants, Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopaedic Surgical Products, Inc. ("Defendants"), in the above entitled action. I have personal knowledge of the matters stated herein and could competently testify to them.

  2.  A true and correct copy of Plaintiff's Complaint For Damages And Demand For Jury Trial is attached as Exhibit A.

  3.  A true and correct copy of the Affidavit of Heather J. Kidwell is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2011.

/s/ *Phoebe A. Wilkinson*